1  BENJAMIN C. MIZER
   Principal Deputy Assistant Attorney General
2  EILEEN M. DECKER
   United States Attorney
3  LEON W. WEIDMAN
   Assistant United States Attorney
4  Chief, Civil Division
   DAVID K. BARRETT
5  Assistant United States Attorney
   Chief, Civil Fraud Section
6  DONALD W. YOO (SBN 227679)
   Assistant United States Attorney
7        Room 7516, Federal Building
         300 N. Los Angeles Street
8        Los Angeles, California 90012
         Tel: (213) 894-3994
9        Fax: (213) 894-7819
         Email: donald.yoo@usdoj.gov
10 MICHAEL D. GRANSTON
   SARA MCLEAN
11 GLENN HARRIS
   Attorneys, Civil Division
12 United States Department of Justice
         601 D. Street, N.W., Room 9142
13       Washington, D.C. 20004
         Tel: (202) 305-4207
14       Fax:(202) 307-3852
         Email: glenn.p.harris@usdoj.gov
15 Attorneys for United States of America
16

FILED
CLERK, U.S. DISTRICT COURT

OCT - 7 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

BY:
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CA.
LOS ANGELES
2015 OCT -5 AM 11:48

LODGED

17              **UNITED STATES DISTRICT COURT**

18        **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

19 | UNITED STATES OF AMERICA *ex rel.*     No. CV14-5865-RGK (JPRx)
   | ANTHONY COLANGELO and
20 | MINBURN TECHNOLOGY GROUP,              [PROPOSED] ORDER
   | LLC, a Virginia limited liability company,
21 |
   |          Plaintiffs,
22 |
   |            v.                          [LODGED UNDER SEAL PURSUANT
23 |                                        TO THE FALSE CLAIMS ACT, 31
   | EN POINTE GOV., INC., a Delaware       U.S.C. §§ 3730(b)(2) AND (3)]
24 | corp.; EN POINTE TECHNOLOGIES,
   | INC., dba En Pointe Technologies, a
25 | Delaware corp., EN POINTE             [*IN CAMERA* NOTICE OF THE UNITED
   | TECHNOLOGIES SALES, INC., a           STATES THAT IT IS NOT
26 | Delaware corp.; DOMINGUEZ EAST        INTERVENING AT THIS TIME FILED
   | HOLDINGS, LLC, a California limited    CONCURRENTLY UNDER SEAL]
27 | liability co.; and DIN GLOBAL CORP., a
   | Delaware corp.,
28 |
   |          Defendants.

The United States having not intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED that,

1.     The complaint be unsealed and served upon the defendants by the relators;

2.     All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order, which relators will serve upon defendants only after service of the complaint;

3.     The seal be lifted as to all other matters occurring in this action after the date of this Order;

4.     The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3).  The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5.     The parties shall serve all notices of appeal upon the United States;

6.     All orders of this Court will be sent to the United States; and that

7.     Should relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

OCT   7 2015

Dated:_____

GARY KLAUSNER

UNITED STATES DISTRICT JUDGE