EXHIBIT A

| No. | Contract No. | Agency |
|---|---|---|
| 1 | YA1323-14-NC-0110 | Census Bureau |
| 2 | DOCSE130113NC0073 | Commerce Department, Office of the Secretary |
| 3 | DOCSE130113NC0112 | Commerce Department, Office of the Secretary |
| 4 | HQ042314F0070 | Defense Finance and Accounting Service (DFAS) |
| 5 | H9821014C0012 | Defense Human Resources Activity (DHRA) |
| 6 | H9821014F0035 | Defense Human Resources Activity (DHRA) |
| 7 | H9821014F0030 | Defense Human Resources Activity (DHRA) |
| 8 | H9821013F0064 | Defense Human Resources Activity (DHRA) |
| 9 | H9821013F0116 | Defense Human Resources Activity (DHRA) |
| 10 | H9821013C0020 | Defense Human Resources Activity (DHRA) |
| 11 | HC1019-13-F-0014 | Defense Information Systems Agency (DISA) |
| 12 | HC102811P0356 | Defense Information Systems Agency (DISA) |
| 13 | SP470614F0006 | Defense Logistics Agency (DLA) |
| 14 | HQ072714F1404 | Defense Microelectronics Activity (DMEA) |
| 15 | H94003-10-P-1016 | Defense Microelectronics Activity (DMEA) |
| 16 | HQ0727-12-F-1312 | Defense Microelectronics Activity (DMEA) |
| 17 | HQ0727-13-F-1305 | Defense Microelectronics Activity (DMEA) |
| 18 | FA521513P7000 | Dept of the Air Force |
| 19 | FA480312F0042 | Dept of the Air Force |
| 20 | FA822411P0347 | Dept of the Air Force |
| 21 | FA875111P0104 | Dept of the Air Force |
| 22 | FA930111MA116 | Dept of the Air Force |
| 23 | FA283511P0056 | Dept of the Air Force |
| 24 | FA875111P0071 | Dept of the Air Force |
| 25 | FA875111P0072 | Dept of the Air Force |
| 26 | FA460011P0125 | Dept of the Air Force |
| 27 | FA283511P0026 | Dept of the Air Force |
| 28 | FA875110P0048 | Dept of the Air Force |
| 29 | FA500010P0036 | Dept of the Air Force |
| 30 | FA875111FA030 | Dept of the Air Force |
| 31 | FA875113FA004 | Dept of the Air Force |
| 32 | FA875112FA046 | Dept of the Air Force |
| 33 | FA303012F0054 | Dept of the Air Force |
| 34 | FA441712F0206 | Dept of the Air Force |
| 35 | FA521513F7000 | Dept of the Air Force |
| 36 | FA304712F0414 | Dept of the Air Force |
| 37 | FA330012F0149 | Dept of the Air Force |
| 38 | FA330013F0020 | Dept of the Air Force |
| 39 | FA466405F0057 | Dept of the Air Force |
| 40 | FA875110FA029 | Dept of the Air Force |
| 41 | FA875110FA041 | Dept of the Air Force |
| 42 | FA877110F0311 | Dept of the Air Force |
| 43 | FA830711F1004 | Dept of the Air Force |
| 44 | FA830712F1048 | Dept of the Air Force |
| 45 | FA830713F0081 | Dept of the Air Force |

| 46 | W91QF014P0027 | Dept of the Army |
|---|---|---|
| 47 | W912J713F0105 | Dept of the Army |
| 48 | W9124P13FD855 | Dept of the Army |
| 49 | W912K313P2002 | Dept of the Army |
| 50 | W912NS12P0115 | Dept of the Army |
| 51 | W911SG12P0135 | Dept of the Army |
| 52 | W22G1F10V0094 | Dept of the Army |
| 53 | W22G1F10V0062 | Dept of the Army |
| 54 | W912CN09P0350 | Dept of the Army |
| 55 | W912CL09P0155 | Dept of the Army |
| 56 | W912CN09P0350 | Dept of the Army |
| 57 | W25G1V-11-F-0215 | Dept of the Army |
| 58 | W25G1V-13-F-0026 | Dept of the Army |
| 59 | W25G1V-13-F-0041 | Dept of the Army |
| 60 | W91WMC-12-F-0007 | Dept of the Army |
| 61 | W91ZRU-13-F-0037 | Dept of the Army |
| 62 | W911S7-12-F-0017 | Dept of the Army |
| 63 | W911SO-13-F-0016 | Dept of the Army |
| 64 | W912J7-12-F-0999 | Dept of the Army |
| 65 | W912JB-12-F-4045 | Dept of the Army |
| 66 | W912JC-14-F-2011 | Dept of the Army |
| 67 | W912K3-13-F-0054 | Dept of the Army |
| 68 | W912K3-13-FA-071 | Dept of the Army |
| 69 | W912L5-11-F-0064 | Dept of the Army |
| 70 | W912P4-11-F-0001 | Dept of the Army |
| 71 | W9124D-12-F-0036 | Dept of the Army |
| 72 | W9124V-11F-0023 | Dept of the Army |
| 73 | W9133L-11-F-2069 | Dept of the Army |
| 74 | N0018914F0110 | Dept of the Navy |
| 75 | N6278914P0022 | Dept of the Navy |
| 76 | N0012414P0147 | Dept of the Navy |
| 77 | N6523614F0704 | Dept of the Navy |
| 78 | N6426714F0030 | Dept of the Navy |
| 79 | N0003013F0600 | Dept of the Navy |
| 80 | N6523613F0287 | Dept of the Navy |
| 81 | N6426713F0026 | Dept of the Navy |
| 82 | N0010413FQ248 | Dept of the Navy |
| 83 | M6785412C4060 | Dept of the Navy |
| 84 | N6279312PA051 | Dept of the Navy |
| 85 | N6279312P0011 | Dept of the Navy |
| 86 | N4019212P7004 | Dept of the Navy |
| 87 | N6279312PA014 | Dept of the Navy |
| 88 | M0068111P0272 | Dept of the Navy |
| 89 | N6279311P0020 | Dept of the Navy |
| 90 | N6523611P6220 | Dept of the Navy |
| 91 | NO010409MQY28 | Dept of the Navy |
| 92 | N0040608P1876 | Dept of the Navy |
| 93 | ED-C10-14-A-0002 | Department of Education |
| 94 | HHS1236201400041G | Indian Health Service |
| 95 | BG133E14NC0662 | National Oceanic and Atmospheric Administration |
| 96 | EA133C14NC0566 | National Oceanic and Atmospheric Administration |

| | | |
|---|---|---|
| 97 | DG133F-12-NC-1610 | National Oceanic and Atmospheric Administration |
| 98 | EA133R14NC0149 | National Oceanic and Atmospheric Administration |
| 99 | AB-133W-14-NC-0119 | National Oceanic and Atmospheric Administration |
| 100 | DOCBG133W13SE1807 | National Oceanic and Atmospheric Administration |
| 101 | FC-133E-13-NC-0922 | National Oceanic and Atmospheric Administration |
| 102 | BG133W13NC0724 | National Oceanic and Atmospheric Administration |
| 103 | ST133E13SU0360 | National Oceanic and Atmospheric Administration |
| 104 | DG133W-12-NC-0517 | National Oceanic and Atmospheric Administration |
| 105 | DG133W-12-NC-0691 | National Oceanic and Atmospheric Administration |
| 106 | SBAHQ-14-F-0013 | Small Business Administration (SBA) |
| 107 | SBAHQ-13-F-0140 | Small Business Administration (SBA) |
| 108 | SBAHQ-12-M-0121 | Small Business Administration (SBA) |
| 109 | SAQMSP-14-M-0121 | State Department |
| 110 | SFSIAQ-14-F-0012 | State Department |
| 111 | SAQMSP-13-F-0111 | State Department |
| 112 | HQ003413F0296 | Washington Headquarters Services (WHS) |
| 113 | HQ003413P0077 | Washington Headquarters Services (WHS) |
| 114 | HQ003412P0024 | Washington Headquarters Services (WHS) |
| 115 | HQ003411P0110 | Washington Headquarters Services (WHS) |
| 116 | HQ003411P0026 | Washington Headquarters Services (WHS) |
| 117 | HQ003410P0091 | Washington Headquarters Services (WHS) |
| 118 | HQ0034-13-F-0039 | Washington Headquarters Services (WHS) |
| 119 | HQ0034-13-F-0189 | Washington Headquarters Services (WHS) |
| 120 | HQ0034-13-F-0261 | Washington Headquarters Services (WHS) |
| 121 | HQ0034-13-F-0274 | Washington Headquarters Services (WHS) |
| 122 | HQ0034-13-F-3540 | Washington Headquarters Services (WHS) |
| 123 | HQ0034-14-F-0063 | Washington Headquarters Services (WHS) |
| 124 | HQ0034-14-F-0074 | Washington Headquarters Services (WHS) |
| 125 | HQ3034-14-F-0107 | Washington Headquarters Services (WHS) |
| 126 | HQ0034-14-F-0133 | Washington Headquarters Services (WHS) |
| 127 | HQ0034-14-F-0145 | Washington Headquarters Services (WHS) |
| 128 | HQ0034-14-F-0142 | Washington Headquarters Services (WHS) |
| 129 | AG-32SB-D-14-0307 | National Capital Region Business |
| 130 | GS-P-00-14-CY-0027 | PBS Acquisition Services Division |
| 131 | H92240-13-P-0131 | Dept of the Navy |
| 132 | OAS-CIP-D-14-0014 | Organization of American States |
| 133 | SP4701-14-F-0346 | Defense Logistics Agency (DLA) |