BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
DONALD W. YOO (SBN 227679)
Assistant United States Attorney
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel:  (213) 894-3994
    Fax: (213) 894-7819
    Email: donald.yoo@usdoj.gov
MICHAEL D. GRANSTON
SARA MCLEAN
GLENN HARRIS
Attorneys, Civil Division
United States Department of Justice
    601 D. Street, N.W., Room 9142
    Washington, D.C. 20004
    Tel: (202) 305-4207
    Fax:(202) 307-3852
    Email:  glenn.p.harris@usdoj.gov
Attorneys for United States of America

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ANTHONY COLANGELO and MINBURN TECHNOLOGY GROUP, LLC, a Virginia limited liability company,<br><br>              Plaintiffs,<br><br>      v.<br><br>EN POINTE GOV., INC., *et al.*,<br><br>              Defendants. | No. CV14-5865-RGK (JPRx)<br><br>**[~~PROPOSED~~] ORDER RE: DISMISSAL**<br><br><br><br><br><br>[JOINT STIPULATION OF DISMISSAL; CONSENT OF THE UNITED STATES FILED CONCURRENTLY HEREWITH] |

# **ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED, pursuant to Fed. R. Civ. Proc. 41(a)(1) and 31 U.S.C. § 3730(b), that:

1. All claims for relief and causes of action filed in the above-captioned action ("this Action") against En Pointe Gov. ("EP Gov"), Inc., En Pointe Technologies, Inc., En Pointe Technologies Sales, Inc., Dominguez East Holdings, LLC, and Din Global Corp. (collectively, "Defendants") are hereby dismissed, said dismissal being:

    (A) with prejudice as to *qui tam* plaintiffs Anthony Colangelo and Minburn Technology Group, LLC ("Relators");

    (B) with prejudice as to the United States only as to the following alleged conduct by Defendants:

        1. EP Gov's alleged false certifications between January 2010 and July 2014 that it was a small business in order to obtain the 133 small business set-aside task orders under its GSA Schedule contract (GSA No. GS-35F-0372N) identified in Exhibit A to the Joint Stipulation of Dismissal that the Defendants, Relators and the United States filed in this Action;

        2. EP Gov's alleged submission of claims under those task orders that were allegedly false because EP Gov was not a small business;

        3. EP Gov's alleged failure during the period January 2008 to December 2015 to accurately disclose to GSA the amount of its GSA Schedule sales on quarterly Form 72A reports and its alleged failure to pay all Industrial Funding Fees ("IFF") owed to GSA under GSA Schedule Contract GS-35-F-0372N; and

                4.     Alleged involvement by the other Defendants in making or causing these alleged false statements and alleged claims or this alleged failure to pay money to the government;

    (C)    without prejudice as to the United States as to any allegation in the Relators' Civil Action not specifically set forth in Paragraph 1.(B), *supra*.

IT IS SO ORDERED.

Dated: July 13, 2016

_____
UNITED STATES DISTRICT JUDGE